**Official Form 1 (04/10)**

# United States Bankruptcy Court
### DISTRICT OF *MINNESOTA*

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>*CINEMA 1, LLP,*<br>*a Partnership* | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *41-1902026* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*6945 MAGDA DR*<br>*MAPLE GROVE MN*<br>ZIPCODE *55369* | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *HENNEPIN* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SEE ATTACHMENT A,* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*CINEMA 1, LLP,*<br>*a Partnership* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*MIDWEST THEATRES CORPORTATION* | Case Number:<br>*10-46834* | Date Filed:<br>*9/04/10* |
| District:<br>*MINNESOTA* | Relationship:<br>*AFFILIATE* | Judge:<br>*NANCY C. DREHER* |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____ *12/10/2010*<br>Signature of Attorney for Debtor(s)     Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **CINEMA 1, LLP, a Partnership** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ RALPH V. MITCHELL*
Signature of Attorney for Debtor(s)

*RALPH V. MITCHELL 184639*
Printed Name of Attorney for Debtor(s)

*LAPP, LIBRA, THOMSON, STOEBNER & PUSCH*
Firm Name

*120 SOUTH SIXTH STREET*
Address

*SUITE 2500*

*MINNEAPOLIS MN 55402*

*612-338-5815*
Telephone Number

*12/10/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ BRYAN J. SIEVE*
Signature of Authorized Individual

*BRYAN J. SIEVE*
Printed Name of Authorized Individual

*MANAGING PARTNER*
Title of Authorized Individual

*12/10/2010*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# ATTACHMENT A

LOCATION OF PRINICIPAL ASSETS OF BUSINESS DEBTOR:

- 766 CENTURY AVE, HUTCHINSON, MINNESOTA 55350

- 621 S. MINNESOTA AVE, ST. PETER, MINNESOTA 56082

- 2521 HWY 25 NORTH, MENOMONIE, WISCONSIN 54751

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re *CINEMA 1, LLP*
    *a Partnership*

Case No.
Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>UNITED BANKERS BANK<br>1650 W 82ND ST<br>#1500<br>BLOOMINGTON MN 55431 | Phone:<br>UNITED BANKERS BANK<br>1650 W 82ND ST<br>#1500<br>BLOOMINGTON MN 55431 | | | $ 8,585,136.00 |
| 2<br>UNITED COMMUNITY BANK<br>ATTN STEVE FELD, VP<br>1000 OKOBOJI AVE<br>MILFORD IA 51351 | Phone:<br>UNITED COMMUNITY BANK<br>ATTN STEVE FELD, VP<br>1000 OKOBOJI AVE<br>MILFORD IA 51351 | GUARANTORS | | $ 3,173,839.00 |
| 3<br>MIDWEST THEATRES CORPORATION<br>6945 MAGDA DRIVE<br>MAPLE GROVE MN 55369 | Phone:<br>MIDWEST THEATRES CORPORATION<br>6945 MAGDA DRIVE<br>MAPLE GROVE MN 55369 | AFFILIATE LOAN<br><br>Value:<br>Net Unsecured: | | $ 600,107.00<br><br>$ 0.00<br>$ 600,107.00 |
| 4<br>NORTH SHORE BANK<br>ATTN: ROY WHETTER, VP<br>15700 BLUEMOUND RD<br>BROOKFIELD WI 53005 | Phone:<br>NORTH SHORE BANK<br>ATTN: ROY WHETTER, VP<br>15700 BLUEMOUND RD<br>BROOKFIELD WI 53005 | GUARANTORS | | $ 411,316.00 |
| 5<br>NICOLLET COUNTY BANK<br>PO BOX 420<br>ST PETER MN 56082 | Phone:<br>NICOLLET COUNTY BANK<br>PO BOX 420<br>ST PETER MN 56082 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 432,000.00<br><br>$ 300,000.00<br>$ 132,000.00 |

_____ ,
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>CITIZENS STATE BANK<br>PO BOX 247<br>HUDSON  WI  54016 | Phone:<br>CITIZENS STATE BANK<br>PO BOX 247<br>HUDSON  WI  54016 | | | $ 1,458,000.00<br>Value: $ 1,400,000.00<br>Net Unsecured: $ 58,000.00 |
| 7<br>ECONOMIC DEVELOPMENT AUTHORITY<br>CITY OF ST. PETER<br>227 S. FRONT ST<br>St. PETER MN  56082 | Phone:<br>ECONOMIC DEVELOPMENT AUTHORITY<br>CITY OF ST. PETER<br>227 S. FRONT ST<br>St. PETER MN  56082 | | | $ 40,000.00 |
| 8<br>FIRST MINNESOTA BANK<br>4625 COUNTY RD 101<br>MINNETONKA MN  55435 | Phone:<br>FIRST MINNESOTA BANK<br>4625 COUNTY RD 101<br>MINNETONKA MN  55435 | | | $ 0.00<br>Value: $ 1,500,000.00<br>Net Unsecured: $ 0.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A PARTNERSHIP

I, *BRYAN J. SIEVE* , *MANAGING PARTNER* of the *Partnership* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *12/10/2010*       Signature */s/ BRYAN J. SIEVE*
                    Name: *BRYAN J. SIEVE*
                    Title: *MANAGING PARTNER*

## WRITTEN ACTION BY THE PARTNERS OF CINEMA 1, LLP TAKEN WITHOUT A MEETING

The undersigned, being all of the Partners of Cinema 1, LLP, a Minnesota limited liability partnership (the "Partnership"), do hereby adopt the following resolutions by consent in writing:

WHEREAS, it is in the best interest of the Partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

RESOLVED, that Bryan J. Sieve, Managing Partner of the Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Partnership, and is further authorized to execute and deliver all documents necessary during the administration of the bankruptcy case;

RESOLVED, that Bryan J. Sieve, Managing Partner of the Partnership, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Partnership, and to otherwise do and perform all acts and deeds on behalf of the Partnership as are necessary and appropriate in connection with the administration of the bankruptcy case;

RESOLVED, that Bryan J. Sieve, Managing Partner of the Partnership, is authorized and directed to employ Ralph V. Mitchell, attorney and the law firm of Lapp, Libra, Thomson, Stoebner & Pusch, Chartered, to represent the Partnership in such bankruptcy case, and is authorized and directed to employ any other professionals needed to assist the Partnership in fulfilling its duties as a chapter 11 debtor;

RESOLVED, that Bryan J. Sieve, Managing Partner of the Partnership, be and is authorized and directed to take any and all action necessary to carry out the intent of the foregoing resolutions and to perform the Partnership's obligations that arise as a result of the foregoing resolutions.

The above action is taken without a meeting by authorization in writing signed by the number of members of the Partnership required to take the same action at a meeting of the Partnership at which all members are present.

This action is to be effective as of December 9th, 2010.

_____
Steven L. Tripp

_____
Bryan J. Sieve

_____
John J. Sieve

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re *CINEMA 1, LLP, a Partnership*　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *11*

_____ / Debtor

Attorney for Debtor: *RALPH V. MITCHELL*

## VERIFICATION OF CREDITOR MATRIX

　　　　The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *12/10/2010*　　　　　　　　　　　　　　　*/s/ BRYAN J. SIEVE*
　　　　　　　　　　　　　　　　　　　　　　　　Debtor

CITIZENS STATE BANK  
PO BOX 247  
HUDSON   WI   54016

ECONOMIC DEVELOPMENT AUTHORITY  
CITY OF ST   PETER  
227 S   FRONT ST  
ST   PETER   MN   56082

FIRST MINNESOTA BANK  
4625 COUNTY RD 101  
MINNETONKA   MN   55435

MIDWEST THEATRES CORPORATION  
6945 MAGDA DRIVE  
MAPLE GROVE   MN   55369

NICOLLET COUNTY BANK  
PO BOX 420  
ST PETER   MN   56082

NORTH SHORE BANK  
ATTN   ROY WHETTER   VP  
15700 BLUEMOUND RD  
BROOKFIELD   WI   53005

UNITED BANKERS BANK  
1650 W 82ND ST  
#1500  
BLOOMINGTON   MN   55431

UNITED COMMUNITY BANK  
ATTN STEVE FELD   VP  
1000 OKOBOJI AVE  
 MILFORD   IA   51351